DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRIDGETTE SHAW,

Appellant,

v.

FLORIDA BUSINESS EXCHANGE, ZARA NEWHAM, and EDWIN
FREUNDORFER,

Appellees.

No. 2D22-4121

_____

September 22, 2023

Appeal from the County Court for Pinellas County; Lorraine Kelly, Judge.

Jeremy D. Bailie and Kyle D. Bass of Weber, Crabb & Wein, P.A., St. Petersburg, for Appellant.

Alexander T. Lewis of Lewis & Castagliola, P.A., St. Petersburg, for Appellee Florida Business Exchange.

No appearance for remaining Appellees.

PER CURIAM.

     Affirmed.

KHOUZAM, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.